JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE DELGADO, | Case No. EDCV 22-1957-MWF(KKx) |
| Plaintiff, | ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION |
| v. | |
| HOME DEPOT U.S.A., INC., et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal of the Entire Action, filed January 10, 2024.  (Docket No. 17).  For good cause shown, IT IS HEREBY ORDERED that the entire action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated:  January 10, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge